[No. 2433–2.   Division Two.   December 12, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSEL
ALLEN ORR, *Appellant*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. C–763, Gerald B. Chamberlin, J.,

entered May 14, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.